**REPPERT KELLY & VYTELL, LLC**
COUNSELORS AT LAW 



February 19, 2019

BY ECF AND BY E-MAIL

Honorable Analisa Torres
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Marchesini v. Jedonic Holdings, LLC et al.*, Case No. 1:18-cv-10612

Dear Judge Torres:

    Pursuant to Rule I(C) of the Court's practices, and in furtherance of ongoing settlement efforts, counsel for all parties jointly submit this request to seek an adjournment *sine die* of all pending deadlines and appearances so that the parties can proceed with settlement discussions and conferencing under Magistrate Judge Henry B. Pitman per this Court's Order (Dkt. No. 59).

    The Second Amended Complaint was filed on February 11, 2019 (Dkt. No. 62). Pursuant to Rule III of the Court's Practices and Fed. R. Civ. P. Rule 15(a)(3), Defendants' responses to the Second Amended Complaint are currently due on or before February 25, 2019. The Court has referred the matter to Magistrate Judge Henry B. Pitman for settlement purposes (Dkt. No. 59). The parties are scheduled to hold a conference call with Magistrate Judge Pitman regarding the scheduling of a settlement conference on March 12, 2019, at 9:30 a.m. By Order of the Court entered on January 29, 2019 (Dkt. No. 57), the parties are also scheduled to appear at an initial pretrial conference on March 12, 2019, at 12:00 p.m.

    In advance of the settlement conference with Magistrate Judge Pitman, the parties have engaged in settlement negotiations and would like those discussions to proceed without incurring the additional burden and expense of pre-motion letters, motion practice, and discovery. Accordingly, the parties respectfully request that all deadlines, including the March 12, 2019 initial conference, be adjourned pending the results of the settlement conference before Magistrate Judge Pitman. The parties propose to submit a joint status letter after the settlement conference advising the Court of the status of their settlement discussions and, if the matter has not settled, propose a schedule for further proceedings.

    The Court has previously: (1) granted Defendants' request for an extension of time in which to answer or otherwise respond to the Amended Complaint (Dkt. No. 37); (2) granted in part, and denied in part, the parties' request to adjourn all deadlines *sine dine* for settlement

Hon. Analisa Torres
February 19, 2019
Page 2

purposes (Dkt. No. 41); and (3) granted Plaintiff's request due to illness for a brief adjournment of the deadline to file the Second Amended Complaint (Dkt. No. 61). In addition, by order on January 29, 2019 (Dkt. No. 57), the Court adjourned an initial pretrial conference scheduled for January 30, 2019 to March 12, 2019, in light of Plaintiff's anticipated filing of the Second Amended Complaint, which was filed on February 11, 2019 (Dkt. No. 62).

NEAL, GERBER & EISENBERG LLP

By: /s/ Chad W. Moeller
Chad W. Moeller
Two North LaSalle Street, Suite 1700
Chicago, Illinois 60602-3801
(312) 269-8000

*Attorney for Defendants
Jedonic Holdings, LLC,
CIVC Partners Fund IIIA, LLP,
Leon Behar, and
Edward Lazarowitz*

McDERMOTT WILL & EMERY LLP

By: /s/ Andrew B. Kratenstein
Andrew B. Kratenstein
340 Madison Avenue
New York, New York 10173
(212) 547-5400

*Attorney for Defendants
Medical Knowledge Group, LLC,
81 qd, LLC, and
WindRose Health Investors IV, L.P.
(f/k/a MTS Health Investors IV, L.P.),*

HERRICK, FEINSTEIN LLP

By: /s/ Jason A. D'Angelo
Jason A. D'Angelo
2 Park Avenue
New York, New York 10016
(212) 592-1400

*Attorney for Defendants
Jedonic Holdings, LLC,
CIVC Partners Fund IIIA, L.P.,
Leon Behar, and
Edward Lazarowitz*

REPPERT KELLY & VYTELL LLC

By: /s/ Nicholas A. Vytell
Nicholas A. Vytell, Esq.
J. Vincent Reppert, Esq.
110 Allen Road, Suite 208
Basking Ridge, New Jersey 07920
(908) 605-2120

570 Lexington Avenue, 8th Floor
New York, New York 10022
jvreppert@RKVfirm.com
nvytell@RKVfirm.com

*Attorneys for Plaintiff
Arthur Marchesini, Jr.*

DENIED.

SO ORDERED.

Dated: February 19, 2019
New York, New York

_____
ANALISA TORRES
United States District Judge